AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

NATURAL EXTRACTION SYSTEMS, LLC

*Plaintiff(s)*

v.  Civil Action No. 26-CV-20190 DAMIAN

KSGNF, LLC, GTI Florida, LLC,
and GREEN THUMB INDUSTRIES INC.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

KSGNF, LLC
By Serving Its Registered Agent:
CT Corporation System
1200 S. Pine Island Road, Suite 300
Plantation, Florida 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

W. Barry Blum, Esq.
Venable LLP
801 Brickell Avenue, Suite 1500
Miami, Florida 33131
bblum@venable.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jan 13, 2026



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Patricia Curtis

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

NATURAL EXTRACTION SYSTEMS, LLC

*Plaintiff(s)*

v.  Civil Action No. 26-CV-20190 DAMIAN

KSGNF, LLC, GTI Florida, LLC,
and GREEN THUMB INDUSTRIES INC.

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
GTI FLORIDA, LLC
By Serving Its Registered Agent:
CT Corporation System
1200 S. Pine Island Road, Suite 300
Plantation, Florida 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

W. Barry Blum, Esq.
Venable LLP
801 Brickell Avenue, Suite 1500
Miami, Florida 33131
bblum@venable.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jan 13, 2026



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

NATURAL EXTRACTION SYSTEMS, LLC

*Plaintiff(s)*

v.

Civil Action No. 26-CV-20190 DAMIAN

KSGNF, LLC, GTI Florida, LLC,
and GREEN THUMB INDUSTRIES INC.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

GREEN THUMB INDUSTRIES
By Serving Its Registered Agent:
CT Corporation System
208 S. La Salle Street, Suite 814
Chicago, IL 60604-1101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

W. Barry Blum, Esq.
Venable LLP
801 Brickell Avenue, Suite 1500
Miami, Florida 33131
bblum@venable.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jan 13, 2026



Angela E. Noble
Clerk of Court

s/ Patricia Curtis
Deputy Clerk
U.S. District Courts